873 A.2d 704

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Harold Lee EDDINGS, Jr., Petitioner.**

Supreme Court of Pennsylvania.

May 10, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 10th day of May 2005, the Petition for Allowance of Appeal is granted. The Order of the Superior Court is reversed based on this Court's decision in *Commonwealth v. Halley,* 582 Pa. 164, 870 A.2d 795 (2005).